# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J. WANG, et al.,<br><br>　　　　Defendants. | 1:10-cv-01783 AWI DLB PC<br><br>ORDER ASSIGNING ACTION TO UNITED STATES MAGISTRATE JUDGE DENNIS L. BECK<br><br>(Documents 49 and 84) |

　　　　Plaintiff Timothy Howard ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The action is proceeding on Plaintiff's Eighth Amendment deliberate indifference claim against Defendant Edgar Clark.

　　　　In light of the fact that all parties to this action have voluntarily consented to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

　　　　1.　　　This action is assigned to United States Magistrate Judge Dennis L. Beck for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment,

     2.       The Clerk of the Court is directed to assign this action in its entirety to Magistrate Judge Dennis L. Beck, and

     3.       The new case number shall be 1:10-cv-01783 DLB PC.[1]

IT IS SO ORDERED.

Dated:   November 12, 2014                                            
                                                      SENIOR DISTRICT JUDGE

---

[1] Although the Court will issue an Amended Second Scheduling Order, the Telephonic Trial Confirmation Hearing and trial date will remain the same.