# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EDGAR CLARK,<br><br>　　　　Defendant. | 1:10-cv-01783 DLB PC<br><br>**ORDER VACATING<br>MARCH 10, 2015, TRIAL DATE**<br><br>**ORDER SETTING STATUS/TRIAL SETTING TELEPHONIC CONFERENCE**<br><br>**APRIL 14, 2015<br>10:00 a.m.** |

　　　Plaintiff Timothy Howard ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's Eighth Amendment deliberate indifference claim against Defendant Edgar Clark.

　　　Pursuant to the parties' request for a settlement conference, the Court VACATES the March 10, 2015, trial date. The settlement conference will be set by separate order.

///

///

///

1

The Court SETS an April 14, 2015, status/trial setting telephonic conference. Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic conference and to initiate the telephonic hearing at **(559) 499-5670.**

IT IS SO ORDERED.

Dated:   **February 9, 2015**              /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE