# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>        Plaintiff,<br><br>   v.<br><br>EDGAR CLARK,<br><br>        Defendant. | Case No. 1:10-cv-01783 DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR TELEPHONIC CONFERENCE AND REQUIRING DEFENDANTS TO FILE STATUS UPDATE REGARDING PAYMENT OF SETTLEMENT FUNDS<br><br>(Document 103) |

     Plaintiff Timothy Howard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

     On April 14, 2014, this action, along with three other of Plaintiff's cases, settled.

     On June 29, 2015, Plaintiff filed a motion for a telephonic status conference. Plaintiff believes that new rules governing deposits into prison trust account statements will prevent receipt of the settlement payment. Plaintiff asks that the settlements be vacated, or that the funds be sent to an outside party.

///

///

///

1

     Plaintiff's motion is GRANTED IN PART.  The Court will not hold a telephonic conference, but will REQUIRE Defendants to file a status report indicating how payment to Plaintiff will be made within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

    Dated:   **July 1, 2015**                                              /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE