# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>               Plaintiff,<br><br>     v.<br><br>EDGAR CLARK,<br><br>               Defendant. | Case No. 1:10-cv-01783 DLB PC<br><br>ORDER REGARDING STATUS OF SETTLEMENT AGREEMENT |

   Plaintiff Timothy Howard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On April 14, 2014, this action, along with three other of Plaintiff's cases, settled.

   On June 29, 2015, Plaintiff filed a motion for a telephonic status conference. Pursuant to the Court's order, Defendant filed a response on July 3, 2015.

   The Court has reviewed Defendant's status report and the accompanying declaration of Paul J. Cooney. It appears that Plaintiff believes that Defendant cannot pay the settlement funds into his prison trust account, and that Defendant's attempts to explain the process to Plaintiff have failed.

///

1

The Court is unable to resolve the dispute without a motion to enforce or alter the terms of payment, supported by a declaration of an official with personal knowledge of the regulation(s) at issue.

IT IS SO ORDERED.

Dated: **July 6, 2015**                              /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE