# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HOWARD,<br><br>        Plaintiff,<br><br>  v.<br><br>CLARK,<br><br>        Defendant. | **Case No. 1:10-cv-01783 DLB PC**<br>**Case No. 1:12-cv-00485 RRB PC**<br>**Case No. 1:12-cv-00486 RRB PC**<br><br>ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Document 111) |

On September 28, 2015, the parties filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2).  **The stipulation is GRANTED and this action, 1:12-cv-0485 RRB PC and 1:12-cv-0486 RRB PC are DISMISSED WITH PREJUDICE**.[1]  Each party shall bear their own litigation costs and attorney's fees.

The Clerk of Court is DIRECTED to file this order in this action, as well as 1:12-cv-0485 RRB PC and 1:12-cv-0486 RRB PC.

IT IS SO ORDERED.

    Dated:  **September 29, 2015**             /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation is also relevant in 1:11-cv-00101-AWI-SKO-PC, where Findings and Recommendations to grant Defendants' motion to enforce the settlement agreement issued on September 9, 2015.  Given the pending Findings and Recommendations, the stipulation will be addressed separately in that action.

1